Return Date: January 19, 2023<br>
Objection Deadline: December 14, 2022<br>
Reply Deadline: January 18, 2023

Nader Mobargha  
Alison Moss  
BEYS LISTON & MOBARGHA LLP  
641 Lexington Avenue, 14th Floor  
New York, New York 10022  
(646) 755-3603  
nmobargha@blmllp.com  
amoss@blmllp.com  
*Attorneys for Defendant Azadeh Nasser Azari*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>WANSDOWN PROPERTIES CORPORATION, N.V.,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 19-13223 (DSJ) |
| WANSDOWN PROPERTIES CORPORATION, N.V.,<br>                    Plaintiff-Respondent,<br>    v.<br>AZADEH NASSER AZARI,<br>                    Defendant-Appellant. | Adv. Pro. No. 19-1450 (DSJ)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon (i) the Notice of Appeal and Statement Of Election, with attached exhibits; (ii) Notice Of Motion Under Federal Bankruptcy Rule 8004, 28 U.S.C. § 158, and 28 U.S.C. § 1292(b) For Leave To Appeal From An Interlocutory Order, dated November 30, 2022 (the "Motion"), (iii) the Memorandum Of Law In Support Of Defendant-Appellant Azadeh Nasser Azari's ("Azari") Motion, dated November 30, 2022, (iv) the Declaration of Nader Mobargha, Esq. In Support of Azari's Motion, dated November 30, 2022, and attached exhibits, Azari will move, before the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007-0174, on January 19, 2023 at 10:00 a.m., under

Federal Bankruptcy Rule 8004, 28 U.S.C. § 158, and 28 U.S.C. § 1292(b) for leave to appeal from the bankruptcy court's interlocutory order, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion ("Objections") must be in writing, and shall be filed no later than December 14, 2022 under Federal Bankruptcy Rule 8004.

**PLEASE TAKE FURTHER NOTICE** that any replies to Defendant's Objections shall be in writing, and filed no later than January 18, 2023.

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed or served, on or before the Objections deadline, Azari may, after the Objections deadline, submit to the district court a proposed order with no further notice or opportunity to be heard.

Dated:  November 30, 2022
       New York, New York

Respectfully submitted,

*Nader Mobargha*

Nader Mobargha
Alison Moss
BEYS LISTON & MOBARGHA LLP
641 Lexington Avenue, 14th Floor
New York, New York 10022
(646) 755-3603
nmobargha@blmllp.com
amoss@blmllp.com
*Attorneys for Defendant Azadeh Nasser Azari*